## Reese *vs.* J. T. & T. Kirby.*

Counsel for both parties consenting in open court to a settlement of
this case on certain terms, the same is approved, and a judgment
entered in accordance with such consent.

November 6, 1883.

Practice in Supreme Court.    At September Term, 1883

Certain land was levied on under a mortgage *fi. fa.*, in
favor of J. T. & T. Kirby, against William Lovett, and was
claimed by J. T. Reese.    It appeared, that the land had
been sold under a common law judgment, in favor of the
People's Bank of Newnan, bought in by it, and conveyed
to Reese; that the fund arising therefrom had been
claimed by the holders of the mortgage *fi. fa.;* that a rule
had been brought against the sheriff to enforce this claim
and it was insisted that the purchaser took the land, free
from the lien of the mortgage.

In the Supreme Court counsel agreed upon a settlement
and a judgment was entered accordingly.

A. D. Freeman, for plaintiff in error.

R. S. Burch ; W. A. Turner, for defendants.

Jackson, Chief Justice.

Both parties, in open court, assenting thereto, it is or-
dered and adjudged, that the rule pending below against
the sheriff be made absolute in favor of the plaintiffs in
the mortgage executions, and upon payment of the same,
principal and interest, that the title to the land, which
brought the money, now in the hands of the sheriff, into
court, be, and the same is hereby, thereupon, vested in
the claimant.

And it is further ordered and adjudged, that each party
pay one-half the costs from the beginning to the end of
this litigation in the superior and Supreme Court.

* See Kirby *et al. vs.* Reese, 69 *Ga.*, 4 2.

And that a remitter containing the above order be transmitted to the superior court, that the same may be there entered on the minutes and enforc